1

2

3

4                     UNITED STATES DISTRICT COURT

5                          DISTRICT OF NEVADA

6    ARIEL LEON,                          Case No. 2:24-cv-00714-ART-BNW

7                         Plaintiff,          ORDER ADOPTING R&R

                                                    (ECF No. 25)
        v.
8
     WYNN LAS VEGAS, LLC, et al.,
9
                        Defendants.
10

11          Plaintiff Ariel Leon sued his former employer Defendant Wynn Las Vegas

12   and associated Defendants for discrimination. This Court dismissed Plaintiff's

13   complaint without prejudice and with leave to amend by March 10, 2025. (ECF

14   No. 22.) Magistrate Judge Weksler ordered Plaintiff to file an amended complaint

15   by May 6, 2025, or she would recommend that the case be dismissed. (*See* ECF

16   No. 24.) Plaintiff did not file an amended complaint, nor did he move for an

17   extension of time to file. Accordingly, Magistrate Judge Weksler issued a Report

18   and Recommendation ("R&R") this case be dismissed without prejudice and

19   closed. (ECF No. 25.)

20          Under the Federal Magistrates Act, a Court "may accept, reject, or modify,

21   in whole or in part, the findings or recommendations made by [a] magistrate

22   judge." 28 U.S.C. § 636(b)(1). Where, as here, neither party objects to a magistrate

23   judge's recommendation, the district court is not required to perform any review

24   of that judge's conclusions. *See Thomas v. Arn,* 474 U.S. 140, 150 (1985).

25          Leon did not object to Judge Weksler's R&R, and the time to do so has now

26   passed. The Court finds Judge Weksler's reasoning persuasive and adopts the

27   R&R (ECF No. 25) in full.

28          //

1    The Clerk of Court is instructed to enter judgment accordingly and close

2  this case.

3

4    DATED: June 2, 2025

5

6
                                    _____
7

8                                   ANNE R. TRAUM
                                    UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28